SANTACROCE LAW OFFICES, LTD.
Frederick A. Santacroce, Esq.
Nevada Bar No. 5121
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
Phone:    (702) 749-4594
Facsimile: (702) 543-4855
fasatty@yahoo.com

A.M. SANTOS LAW, CHTD.
Antony M. Santos, Esq.
Nevada Bar No. 11265
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
Phone:    (702) 749-4594
Facsimile: (702) 543-4855
tony@amsantoslaw.com

Attorneys for Plaintiff Nigrelli

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA NIGRELLI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL; VICTORA PARTNERS d/b/a MONTE CARLO RESORT AND CASINO, as the employer; CULINARY WORKERS UNION, LOCAL 226; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01840-GMN-NJK |

**CERTIFICATE OF INTERESTED PARTIES**

COME NOW Plaintiff Lisa Nigrelli (hereinafter "Plaintiff") by and through her counsel, Frederick A. Santacroce, Esq., and pursuant to LR 7.1-1 states that the following parties have a direct interested in the outcome of this proceeding:

///

///

///

- 1 -

1       The undersigned counsel certifies that as of this date, other than the named parties, there is no such interest to report.

      These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

      Dated this ___ day of October, 2015.

                                      SANTACROCE LAW OFFICES, LTD.
                                      Frederick A. Santacroce, Esq.
                                      Nevada Bar No. 5121
                                      3275 S. Jones Blvd. Ste. 104
                                      Las Vegas, Nevada  89146
                                      Phone:    (702) 749-4594
                                      Facsimile: (702) 543-4855
                                      fasatty@yahoo.com