AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| LISA NEGRELLI <br><br> *Plaintiff(s)* <br><br> v. <br><br> MGM RESORTS INTERNATIONAL; VICTORIA PARTNERS, dba MONTE CARLO RESORT AND CASINO; and CULINARY WORKER'S UNION LOCAL 226; and DOES 1-50 inclusive, <br><br> *Defendant(s)* | Civil Action No. 2:15-01840-GMN-NJK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VICTORIA PARTNERS
dba Monte Carlo Resort and Casino
c/o William J. Bullard
10801 W. Charleston Blvd. Ste. 600
Las Vegas, NV 89135


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frederick A. Santacroce, Esq.
Santacroce Law Office, Ltd.
3275 S. Jones Blvd. Ste. 104
Las Vegas, NV 89146


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

10/5/15

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK



DATE