1  SANTACROCE LAW OFFICES, LTD.
   Frederick A. Santacroce, Esq.
2  Nevada Bar No. 5121
   3275 S. Jones Blvd. Ste. 104
3  Las Vegas, Nevada  89146
   Phone:    (702) 749-4594
4  Facsimile: (702) 543-4855
   fasatty@yahoo.com
5
   A.M. SANTOS LAW, CHTD.
6  Antony M. Santos, Esq.
   Nevada Bar No. 11265
7  3275 S. Jones Blvd. Ste. 104
   Las Vegas, Nevada  89146
8  Phone:    (702) 749-4594
   Facsimile: (702) 543-4855
9  tony@amsantoslaw.com

10 Attorneys for Plaintiff Nigrelli

11
                    **UNITED STATES DISTRICT COURT**
12
                         **DISTRICT OF NEVADA**
13

14 | LISA NIGRELLI, an individual, | Case No. 2:15-cv-01840-GMN-NJK |

15         Plaintiff,

16    vs.

17 MGM RESORTS INTERNATIONAL;
   VICTORA PARTNERS d/b/a MONTE
18 CARLO RESORT AND CASINO, as the
   employer; CULINARY WORKERS
19 UNION, LOCAL 226; and DOES 1-50,
   inclusive,
20
           Defendants.
21
                          **AFFIDAVIT OF SERVICE**
22
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

- 1 -

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-01840-GMN-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Culinary Workers Union Local 226
was received by me on *(date)* 10/09/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mina Godinez, an employee , who is
designated by law to accept service of process on behalf of *(name of organization)* Culinary Workers Union
Local 226, 1630 S. Commerce St., Las Vegas, NV 89135 on *(date)* 10/09/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Additional documents served: Complaint, Amended Complaint

My fees are $ _____ for travel and $ 35.00 for services, for a total of $ 35.00 .

I declare under penalty of perjury that this information is true.

Date: 10/09/2015

_____
Server's signature

Antonio Campos
Printed name and title

6720 Chehalis Circle
Las Vegas, NV 89107
_____
Server's address

Additional information regarding attempted service, etc: