# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LISA NIGRELLI,                    Plaintiff(s),   vs.   VICTORIA PARTNERS, et al.,                    Defendant(s). | Case No. 2:15-cv-01840-GMN-NJK   ORDER   (Docket No. 15) |

Pending before the Court is the parties' discovery plan. Docket No. 15. Because of the deficiencies with the discovery plan, it is hereby **DENIED**. For example, the discovery plan fails to state the date on which the first defendant answered or otherwise appeared, in violation of Local Rule 26-1(e)(1). Moreover, the discovery plan improperly calculates the discovery period from the Rule 26(f) conference rather than from that appearance date, in violation of Local Rule 26-1(e)(1). The parties shall file a discovery plan that complies with the applicable rules no later than December 8, 2015.

The discovery plan also includes a request by Plaintiff to schedule a settlement conference, which is opposed by Defendants. *See* Docket No. 15 at 1. The Court does not generally grant requests for settlement conferences that are opposed. *See, e.g.*, *McCarty v. Roos*, 2013 WL 5436578, *2 (D. Nev. Sept. 27, 2013)  Plaintiff's request is **DENIED**. The parties may renew this request in the future as appropriate.

IT IS SO ORDERED.

DATED: December 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge