Kristin L. Martin (Nevada Bar No. 7807)
Sarah Varela (Nevada Bar No. 12886)
McCRACKEN, STEMERMAN & HOLSBERRY
1630 Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Tel:   (702) 386-5107
Fax:   (702) 386-9848
Email: klm@dcbsf.com
       svarela@dcbsf.com

*Attorneys for Defendants Culinary Workers Union Local 226*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA NIGRELLI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA PARTNERS d/b/a MONTE CARLO RESORT AND CASINO, as the employer; CULINARY WORKERS UNION, LOCAL 226; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01840-GMN-NJK<br><br>**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR DISPOSITIVE MOTIONS TO BE FILED**<br><br>**(FIRST REQUEST)** |

Plaintiff Lisa Nigrelli ("Plaintiff"), by and through her counsel of record Frederick A. Santacroce; Defendant Victoria Partners d/b/a Monte Carlo Resort and Casino, by and through its counsel of record Paul Trimmer of Jackson Lewis; and Defendants Culinary Workers Union Local 226, by and through its counsel of record, Kristin L. Martin and Sarah Varela of McCracken, Stemerman & Holsberry, hereby stipulate to extend the time for the parties to file

dispositive motions from May 27, 2016 to June 10, 2016.

Dated:  May 3, 2016                                         MCCRACKEN STEMERMAN
                                                                                               & HOLSBERRY

    */s/ Kristin L. Martin*
KRISTIN L. MARTIN #7807
SARAH VARELA #12886
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102

*Attorneys for Defendant Culinary Workers Union Local 226*

Dated: May 3, 2016                                          SANTACROCE LAW OFFICES, LTD.

    */s/ Frederick A. Santacroce*
FREDERICK A. SANTACROCE #5121
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146

*Attorneys for Plaintiff Nigrelli*

Dated: May 3, 2016                                          JACKSON LEWIS P.C.

    */s/ Paul T. Trimmer*
PAUL T. TRIMMER #9291
3800 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendant Victoria Partners d/b/a MGM Resort and Casino*

**IT IS SO ORDERED.** May 9, 2016

_____
**UNITED STATES DISTRICT JUDGE**

2