1  Kristin L. Martin (Nevada Bar No. 7807)
   Sarah Varela (Nevada Bar No. 12886)
2  McCRACKEN, STEMERMAN & HOLSBERRY
   1630 Commerce Street, Suite A-1
3  Las Vegas, Nevada 89102
   Tel:   (702) 386-5107
4  Fax:   (702) 386-9848
   Email: klm@dcbsf.com
5          svarela@dcbsf.com

6

7  *Attorneys for Defendants Culinary Workers Union
   Local 226*
8

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12

13  LISA NIGRELLI, an individual,                    | CASE NO. 2:15-cv-01840-GMN-NJK

14                      Plaintiff,

15         vs.

16                                                   **AFFIDAVIT OF RICHARD G.
                                                     McCRACKEN IN SUPPORT OF LOCAL
    VICTORIA PARTNERS d/b/a MONTE CARLO              226'S MOTION FOR SUMMARY
17  RESORT AND CASINO, as the employer;              JUDGMENT**
    CULINARY WORKERS UNION, LOCAL 226;
18  and DOES 1-50, inclusive,

19                      Defendants.

20

21

22  I, Richard G. McCracken, declare:

23         1.     I have personal knowledge of the following facts and if called, could and would testify

24  competently thereto.

25         2.     I am a partner with the law firm of McCracken, Stemerman & Holsberry.  Since May

26  1987, I have served as the primary attorney for Culinary Workers Union Local 226.

27         3.     My responsibilities as Local 226's attorney include providing advice about how to

28  interpret the provisions of Local 226's collective bargaining agreements and advising Local 226's staff

                                                1

AFFIDAVIT OF RICHARD G. McCRACKEN IN SUPPORT OF                    2:15-cv-01840-GMN-NJK
LOCAL 226's MOTION FOR SUMMARY JUDGMENT

1   about the merits of grievances alleging a breach of a collective bargaining agreement.

2        4.      Local 226 represents a bargaining unit of employees at the Monte Carlo Casino ("Monte

3   Carlo") that includes cocktail servers.  There is presently a collective bargaining agreement in effect

4   between Local 226 and the Monte Carlo that covers the period June 1, 2013 to May 31, 2018 ("the

5   Collective Bargaining Agreement").

6        5.      I am familiar with Article 20.04(b) of the Collective Bargaining Agreement as well as

7   other provisions in the Collective Bargaining Agreement relating to seniority and scheduling of work.

8        6.      In August 2015, Local 226 Grievance Specialist Esther Dyer asked me for advice about

9   Lisa Nigrelli's grievance over the change in her hours.  Ms. Dyer told me what Ms. Nigrelli's station

10  and hours were before the April 2015 change to her hours, and that Ms. Nigrelli had bid for that shift

11  and station in 1999.  Ms. Dyer also told me what Ms. Nigrelli's station and hours were after the April

12  2015 change to her hours, and that Dana Wagner had less seniority than Ms. Nigrelli.  Ms. Dyer also

13  told me what Dana Wagner's station and hours were after the April 2015 change to Ms. Nigrelli's

14  hours.  Ms. Dyer described Ms. Nigrelli's grievance as follows: "Due to her seniority and her original

15  bid, Lisa [Nigrelli] wants to change Monday and Tuesday back to 5p-1a.  The Company's argument is

16  that they wanted to keep consistency with the Pits as they open and close.  Lisa's argument to that is

17  that she can cover Pit 1 until Pit 3 opens.  She just wants her hours changed back."

18       7.      I advised Ms. Dyer that Ms. Nigrelli's grievance did not have any merit.  I gave that

19  advice for the following reasons.  The shift and station for which Ms. Nigrelli bid in 1999 included

20  working in Pit 3 on Mondays and Tuesdays.  When Monte Carlo management changed the hours that

21  Ms. Nigrelli's shift in Pit 3 began on Mondays and Tuesdays, management did not change Ms.

22  Nigrelli's shift.  This is because Ms. Nigrelli's start time was shifted forward by two hours only.  Under

23  the "two-hour rule", management may change the starting and ending time of an employee's shift by

24  two hours without creating a new shift.  Local 226 has followed the two-hour rule since at least 1987.

25       8.      When I advised Ms. Dyer, I understood that a cocktail server who has less seniority than

26  Ms. Nigrelli works in Pit 1 on Mondays and Tuesdays starting at 5 p.m., the time that Ms. Nigrelli

27  would like to start working.  The Collective Bargaining Agreement does not give Ms. Nigrelli the right

28  to work in Pit 1 on Mondays and Tuesdays even though she has more seniority than the other cocktail

AFFIDAVIT OF RICHARD G. McCRACKEN IN SUPPORT OF          2:15-cv-01840-GMN-NJK
LOCAL 226's MOTION FOR SUMMARY JUDGMENT

1  server.  Ms. Nigrelli bid to work in Pit 3 on Mondays and Tuesdays, not Pit 1.  The Collective

2  Bargaining Agreement also does not allow Local 226 to insist that Monte Carlo management open Pit 3

3  at 5 p.m. instead of Pit 1.  The "management's rights" provision of the Collective Bargaining

4  Agreement, Section 23.01, reserves to management important aspects of running its business, including

5  specifically the right to determine "schedules of operations".

6       9.    I have not spoken with Samson Edea or Leo Batres about Ms. Nigrelli or her grievance.

7  At the time that I advised Esther Dyer about Ms. Nigrelli's grievance, I did not know that Mr. Edea and

8  Mr. Batres had spoken with Ms. Nigrelli about a video of Ms. Nigrelli's husband, or that Ms. Nigrelli's

9  husband patronized Station Casinos.  I learned about that only after this lawsuit was filed.

10      I declare under the penalty of perjury of the laws of the United States and the State of Nevada

11  that this declaration is true and correct.  This declaration was signed by me on this 23 day of May

12  2016 at San Francisco, California.

13

14  _____
              Richard G. McCracken

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AFFIDAVIT OF RICHARD G. McCRACKEN IN SUPPORT OF       2:15-cv-01840-GMN-NJK
LOCAL 226's MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I am employed in the city and county of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: DAVIS, COWELL & BOWE, LLP, 595 Market Street, Suite 800, San Francisco, California 94105.

On this 10th day of June, 2016, I caused to be served a true and correct copy of the above and foregoing:

- **AFFIDAVIT OF RICHARD G. McCRACKEN IN SUPPORT OF LOCAL 226'S MOTION FOR SUMMARY JUDGMENT**

via ECF filing, properly addressed to the following:

| | |
|---|---|
| Frederick A. Santacroce | Paul T. Trimmer |
| SANTACROCE LAW OFFICES, LTD. | JACKSON LEWIS P.C. |
| 3275 S. Jones Blvd. Ste. 104 | 3800 Howard Hughes Pkwy., Ste. 600 |
| Las Vegas, Nevada 89146 | Las Vegas, NV 89169 |
| fasatty@yahoo.com | trimmerp@jacksonlewis.com |
| | |
| *Attorneys for Plaintiff Nigrelli* | *Attorneys for Defendants Victoria Partners d/b/a MGM Resort and Casino* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 10th day of June, 2016 at San Francisco, California.

_____/s/ Lesley E. Phillips_____
Lesley E. Phillips