Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
Mahna Pourshaban, Bar No. 13743
mahna.pourshaban@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Victoria Partners d/b/a*
*Monte Carlo Resort and Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA NIGRELLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA PARTNERS, d/b/a MONTE CARLO RESORT AND CASINO; and CULINARY WORKERS UNION LOCAL 226; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01840-GMN-NJK<br><br>**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR DISPOSITIVE MOTIONS TO BE FILED**<br><br>**(FIRST REQUEST)** |

Plaintiff Lisa Nigrelli ("Plaintiff"), by and through her counsel of record Frederick A. Santacroce; Defendant Victoria Partners d/b/a Monte Carlo Resort and Casino, by and through its counsel of record Paul Trimmer of Jackson Lewis; and Defendant Culinary Workers Union Local 226, by and through its counsel of record, Kristin L. Martin and Sarah Varela of McCracken, Stemerman & Holsberry, hereby stipulate to extend the time for the parties to file dispositive motions from June 10, 2016 to June 20, 2016.

This request is necessary because one of the attorneys serving as counsel for Defendant Victoria Partners d/b/a Monte Carlo Resort and Casino recently left the firm of Jackson Lewis and additional time is needed to complete preparation of the motion.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 7th day of June, 2016.

| A.M. SANTOS LAW, CHTD. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Anthony M. Santos<br>Anthony M. Santos<br>3275 S. Jones Blvd., Ste. 104<br>Las Vegas, Nevada 89146 | /s/ Paul T. Trimmer<br>Paul T. Trimmer<br>Mahna Pourshaban<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Victoria Partners d/b/a Monte Carlo Resort and Casino* |
| SANTACROCE LAW OFFICES, LTD. | MCCRACKEN, STEMERMAN & HOLSBERRY |
| /s/ Frederick A. Santacroce<br>Frederick A. Santacroce<br>3275 S. Jones Blvd., Ste. 104<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff*<br>*Lisa Nigrelli* | /s/ Kristin L. Martin<br>Kristin L. Martin<br>1630 S. Commerce Street, Ste. A-1<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Culinary Workers Union Local 226* |

**ORDER**

IT IS SO ORDERED  _____June 9_____, 2016.

_____
U.S. District Judge