A.M. SANTOS LAW, CHTD.
Antony M. Santos, Esq.
Nevada Bar No. 11265
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada  89146
Phone:    (702) 749-4594
Facsimile: (702) 543-4855
tony@amsantoslaw.com

Attorneys for Plaintiff Nigrelli

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA NIGRELLI, an individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>VICTORIA PARTNERS d/b/a MONTE CARLO RESORT AND CASINO, as the employer; CULINARY WORKERS UNION, LOCAL 226; and DOES 1-50, inclusive,<br><br>       Defendants. | Case No. 2:15-cv-01840-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO CULINARY WORKERS UNION LOCAL 226'S MOTION FOR SUMMARY JUDGMENT AND FOR CULINARY WORKERS UNION LOCAL 226 TO FILE A REPLY**<br>**(First Request)** |

Plaintiff Lisa Nigrelli ("Plaintiff"), by and through her counsel of record Frederick A. Santacroce and Antony M. Santos, and Defendant Culinary Workers Union Local 226, by and through its counsel of record, Kristin L. Martin of McCracken, Stemerman & Holsberry, hereby stipulate to extend the time for Plaintiff to file a Response from July 4, 2016 to July 14, 2016. Defendant Culinary Workers Union shall have up to and including July 25, 2016 to file a Reply.

Dated: June 21, 2016            SANTACROCE LAW OFFICES, LTD.


                                 /s/ Frederick A. Santacroce
                                FREDERICK A. SANTACROCE #5121
                                3275 S. Jones Blvd. Ste. 104
                                Las Vegas, Nevada 89146
                                *Attorneys for Plaintiff Nigrelli*

2:15-cv-01840-GMN-NJK                Stipulation and Order for Extension of Time to Respond
*Nigrelli v. Victoria Partners, et al.*

- 1 -

1 | Dated: June 21, 2016  A.M. SANTOS LAW, CHTD.

    /s/ Antony M. Santos
ANTONY M. SANTOS #11265
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
*Attorneys for Plaintiff Nigrelli*

7 | Dated June 21 2016  MCCKRACKEN STEMERMAN & HOLSBERRY

    /s/ Kristin L. Martin
KRISTIN L. MARTIN, ESQ. #7807
1630 S. Commerce St. Ste. A-1
Las Vegas, NV 89102
*Attorney for Culinary Workers Union Local 226*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Dated June 23 2016.