Kristin L. Martin (Nevada Bar No. 7807)
Sarah Varela (Nevada Bar No. 12886)
McCRACKEN, STEMERMAN & HOLSBERRY
1630 Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Tel:   (702) 386-5107
Fax:   (702) 386-9848
Email: klm@dcbsf.com
       svarela@dcbsf.com

*Attorneys for Defendants Culinary Workers Union Local 226*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA NIGRELLI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> VICTORIA PARTNERS d/b/a MONTE CARLO RESORT AND CASINO, as the employer; CULINARY WORKERS UNION, LOCAL 226; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO. 2:15-cv-01840-GMN-NJK <br><br> **SUPPLEMENTAL DECLARATRION OF KRISTIN L. MARTIN IN SUPPORT OF LOCAL 226's MOTION FOR SUMMARY JUDGMENT** |

I, Kristin L. Martin, declare:

1. I am counsel of record for Defendant Culinary Workers Union Local 226 in this matter. I am a member in good standing of the State Bar of Nevada. I have personal knowledge of the following facts and if called, could and would testify competently thereto.

1

SUPPLEMENTAL DECLARATION OF KRISTIN L. MARTIN                2:15-cv-01840-GMN-NJK

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff Lisa Nigrelli's Response to Interrogatory No. 3 propounded by Defendant Culinary Workers Union Local 226 in this matter.

3. Attached hereto as Exhibit B are true and correct copies of pages 1, 297-98 and 324 of the transcript of the deposition of Plaintiff Lisa Nigrelli.

I declare under the penalty of perjury of the laws of the United States and the State of Nevada that this declaration is true and correct. This declaration was signed by me on this 26th day of July 2016 at San Francisco, California.

Kristin L. Martin

# CERTIFICATE OF SERVICE

I am employed in the city and county of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: McCRACKEN, STEMERMAN & HOLSBERRY, 595 Market Street, Suite 800, San Francisco, California 94105.

On this 26th day of July, 2016, I caused to be served a true and correct copy of the above and foregoing:

- **SUPPLEMENTAL DECLARATION OF KRISTIN L. MARTIN IN SUPPORT OF LOCAL 226's MOTION FOR SUMMARY JUDGMENT**

via ECF filing, properly addressed to the following:

Frederick A. Santacroce
SANTACROCE LAW OFFICES, LTD.
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
fasatty@yahoo.com

*Attorneys for Plaintiff Nigrelli*

Antony M. Santos
A.M. SANTOS LAW, CHTD.
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146

*Attorneys for Plaintiff Nigrelli*

Paul T. Trimmer
JACKSON LEWIS P.C.
3800 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
trimmerp@jacksonlewis.com

*Attorneys for Defendants Victoria Partners d/b/a Monte Carlo Resort and Casino*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 26th day of July, 2016 at San Francisco, California.

/s/ *Suzanne Scanlon*
Suzanne Scanlon

---

CERTIFICATE OF SERVICE
SUPPLEMENTAL DECLARATION OF KRISTIN L. MARTIN          2:15-cv-01840-GMN-NJK

# EXHIBIT A

```
SANTACROCE LAW OFFICES, LTD.
Frederick A. Santacroce, Esq.
Nevada Bar No. 5121
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
Phone:   (702) 749-4594
Facsimile: (702) 543-4855
fasatty@yahoo.com

A.M. SANTOS LAW, CHTD.
Antony M. Santos, Esq.
Nevada Bar No. 11265
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
Phone:   (702) 749-4594
Facsimile: (702) 543-4855
tony@amsantoslaw.com

Attorneys for Plaintiff Nigrelli
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA NIGRELLI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTORA PARTNERS d/b/a MONTE CARLO RESORT AND CASINO, as the employer; CULINARY WORKERS UNION, LOCAL 226; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:15-cv-01840-GMN-NJK |

**PLAINTIFF'S RESPONSES TO DEFENDANT CULINARY WORKER'S UNION LOCAL 226 FIRST SET OF REQUESTS FOR PRODUCTION AND INTERROGATORIES**

Comes now the Plaintiff Lisa Nigrelli, by and through her attorneys Frederick A. Santacroce and Antony M. Santos, Esq. and hereby responds to the First Set of Requests for Production and Interrogatories (sometimes referred to herein as a "Request" or the "Requests") propounded by Defendant Culinary Worker's Union Local 226 as follows:

///

///

- 1 -

**INTERROGATORY NO. 3:** Please state each and every step that you contend Esther Dyer or any other representative of Local 226 failed to take to investigate the grievance that is referenced in paragraph 58 of the Complaint.

**RESPONSE:** Ester Dyer called Plaintiff on May 18, 2015 and asked what the grievance was regarding. Ms. Dyer told Plaintiff the issue could be resolved with a phone called. Plaintiff appeared at a grievance meeting on May 21, 2015. Plaintiff slowly reprised Ms. Dyer of the issue as Ms. Dyer recorded the issue into her laptop. Plaintiff made numerous calls to Ms. Dyer. When she spoke to Ms. Dyer she was told she had to speak with Johanna. When she got a response from Ms. Dyer several months later, Ms. Dyer told Plaintiff something completely different from her grievance and argued with her. Ms. Dyer told Plaintiff that she could not have someone else's shift, her grievance was not a priority and that her grievance was closed.

During the Board of Adjustment meeting with Casey Dake and Nick Kabetso, Ms. Dyer told them that everything was done by seniority. When Dake asked where that is in the contract, Ms. Dyer stated that she did not know but that has precedent that is what every change is based on. Mr. Kabetso stated that changing Plaintiff's schedule back was "doable." However, Ms. Dyer did not follow through.

**INTERROGATORY NO. 4:** For each of the eight meetings referenced in paragraph 36 of the Complaint, state the date of the meeting, who was present, and what you recall that each person said.

**RESPONSE:**

| Date: | Attendees | What Plaintiff recalls each person said |
|---|---|---|
| 01/08/15 | Johanna, Samson, Jeri, Tine, Angela, Lily, Lisa, Carlene, Shelly, Vicki, Sylvia, Dana, Jenn, Avita, De De | Johanna: Stated that the scheduling is done by seniority. |
| 02/19/15 | Johanna, Nick, Jeri, Tina, Avita, dawn, Lisa, Carleen, Casey, Janet, Shelly, Lily, Samson | Lisa: Stated she had an issue with her hours being changes since she has seniority over Dana.<br><br>Nick: Asked Johanna if Lisa was right about Dana's hours being changes due to Lisa's seniority. |
| 03/06/15 | Johanna, Samson, Avita, Lucilene, Paola | Johanna stated that the proposed schedule had not been done by seniority and needed to be redone. |

## VERIFICATION

I, LISA NIGRELLI, under all penalties of perjury of the State of Nevada, declare and say as follows:

I am the Plaintiff in the above entitled matter; I have read the forgoing PLAINTIFF'S RESPONSES TO DEFENDANT CULINARY WORKER'S UNION LOCAL 226 FIRST SET OF REQUESTS FOR PRODUCTION AND INTERROGATORIES and know the contents thereof; and I believe the answers are true based on my knowledge, information, and belief.

I declare under penalty of perjury of the law of the State of Nevada that the foregoing is true and correct.

Dated this  11  day of January, 2016.

_____
LISA NIGRELLI

# EXHIBIT B

Case 2:15-cv-01840-GMN-NJK   Document 40-1   Filed 07/26/16   Page 9 of 13

Lisa Nigrelli, Volume I          Lisa Nigrelli v. Victoria Partners, d/b/a Monte Carlo Resort and Casino, et al.

```
 1                UNITED STATES DISTRICT COURT

 2                     DISTRICT OF NEVADA

 3   LISA NIGRELLI, an            )
     individual,                  )
 4                                )
                  Plaintiff,      )
 5                                )
            vs.                   )  Case No.
 6                                )  2:15-cv-01840-GMN-NJK
     VICTORIA PARTNERS, d/b/a     )
 7   MONTE CARLO RESORT AND       )
     CASINO; and CULINARY         )
 8   WORKERS UNION LOCAL 226;     )
     and DOES 1-50, inclusive,    )
 9                                )
                  Defendants.     )
10   _____  )

11

12

13

14              DEPOSITION OF LISA NIGRELLI

15              Volume I, Pages 1 - 324

16           Taken on Thursday, February 4, 2016

17              By a Certified Court Reporter

18                     At 9:03 a.m.

19        At 3800 Howard Hughes Parkway, Suite 600

20                    Las Vegas, Nevada

21

22

23

24   REPORTED BY:  KEVIN WM. DANIEL, FAPR, RDR, CRR, CCR 711

25   Job No. 15178
```

Case 2:15-cv-01840-GMN-NJK   Document 40-1   Filed 07/26/16   Page 10 of 13

Lisa Nigrelli, Volume I         Lisa Nigrelli v. Victoria Partners, d/b/a Monte Carlo Resort and Casino, et al.

```
 1   APPEARANCES:

 2   For Plaintiff:

 3          SANTACROCE LAW OFFICES, LTD.
            BY:  FREDERICK A. SANTACROCE, ESQ.
 4          3275 South Jones Boulevard
            Suite 104
 5          Las Vegas, NV 89146

 6


 7   For Defendant Victoria Partners d/b/a Monte Carlo
     Resort and Casino:
 8
            JACKSON LEWIS, LLP
 9          BY:  PAUL TRIMMER, ESQ.
            3800 Howard Hughes Parkway
10          Suite 600
            Las Vegas, NV 89169
11


12          MGM RESORTS INTERNATIONAL
            BY:  HILARY B. MUCKLEROY, ESQ.
13          840 Grier Drive
            Las Vegas, NV 89119
14


15   For Defendant Culinary Workers Union Local 226:

16          MCCRACKEN, STEMERMAN & HOLSBERRY
            BY:  KRISTIN L. MARTIN, ESQ.
17          1630 South Commerce Street
            Suite A-1
18          Las Vegas, NV 89102

19

20

21

22

23

24

25
```

Case 2:15-cv-01840-GMN-NJK   Document 40-1   Filed 07/26/16   Page 11 of 13

Lisa Nigrelli, Volume I         Lisa Nigrelli v. Victoria Partners, d/b/a Monte Carlo Resort and Casino, et al.

```
 1   Mondays and Tuesdays, correct?
 2       A.   Yes.  Correct.
 3       Q.   And it says, "Monday/Tuesday, Pit 3 relief
 4   schedule," that's your schedule, right?
 5       A.   Correct.
 6       Q.   And it says, "It will mirror the full-time
 7   shift of 7:00 p.m. to 3:00 a.m."?
 8       A.   Correct.
 9       Q.   And that's referring to Carlene's shift?
10       A.   Yes.
11       Q.   And it says, "This mirrors the decision made
12   in slots," correct?
13       A.   Correct.
14       Q.   Do you have any reason to believe that's
15   incorrect?
16       A.   Yes.
17       Q.   Why is that incorrect?
18       A.   I think some of the slot girls were changed.
19       Q.   Do you think that, or do you know that?
20       A.   I, I think that.
21       Q.   And who -- which of the slot girls do you
22   believe were changed?
23       A.   I think Avita Hashemi.
24       Q.   And how --
25       A.   They changed -- they had her 7:00 to 3:00, and
```

Case 2:15-cv-01840-GMN-NJK   Document 40-1   Filed 07/26/16   Page 12 of 13

Lisa Nigrelli, Volume I        Lisa Nigrelli v. Victoria Partners, d/b/a Monte Carlo Resort and Casino, et al.

1   they went back to 5:00 to 1:00 because of her seniority
2   in slots.
3       Q.   Is she a relief girl?
4       A.   I don't recall what her station exactly is.
5       Q.   Okay.  Anything else?
6       A.   I -- yes.  I don't get when he said the
7   five-day least senior was adjusted.
8       Q.   No, I'm focusing on this question, the
9   statement that says, "This mirrors the decision made in
10  slots."  Is there anything else that you believe makes
11  that statement untrue?
12      A.   No.
13      Q.   Okay.  Other than Avita Hashemi?
14      A.   Right, correct.
15      Q.   And the next says, "The five-day least senior
16  was adjusted and the relief shift follows"; do you see
17  that?
18      A.   Correct.
19      Q.   By the five-day least senior, he's referring
20  to Carlene, correct?
21      A.   Yes.
22      Q.   And then it says your shift, being the relief
23  shift, follows?
24      A.   That's what he thinks, yes.
25      Q.   That's what -- that was his judgment?

Case 2:15-cv-01840-GMN-NJK   Document 40-1   Filed 07/26/16   Page 13 of 13

Lisa Nigrelli, Volume I          Lisa Nigrelli v. Victoria Partners, d/b/a Monte Carlo Resort and Casino, et al.

CERTIFICATE OF REPORTER

STATE OF NEVADA   )
                  ) ss:
COUNTY OF CLARK   )

    I, Kevin Wm. Daniel, a Certified Court Reporter licensed by the State of Nevada, do hereby certify:

    That I reported the deposition of LISA NIGRELLI, commencing on Thursday, February 4, 2016, at 9:03 a.m.

    That prior to being examined, the witness first duly swore or affirmed to testify to the truth, the whole truth, and nothing but the truth; that I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript is a complete, true and accurate record of testimony provided by the witness at said time.

    I further certify (1) that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action, and (2) that pursuant to Rule 30(e), transcript review by the witness was requested.

    IN WITNESS WHEREOF, I have hereunto set my hand in my office in the County of Clark, State of Nevada, this 10th day of February, 2016.

_____

KEVIN WM. DANIEL, FAPR, RDR, CRR, CCR 711