Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
Mahna Pourshaban, Bar No. 13743
mahna.pourshaban@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Victoria Partners d/b/a*
*Monte Carlo Resort and Casino*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA NIGRELLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA PARTNERS, d/b/a MONTE CARLO RESORT AND CASINO; and CULINARY WORKERS UNION LOCAL 226; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01840-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT VICTORIA PARTNERS TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Victoria Partners d/b/a Monte Carlo Resort and Casino ("Defendant") shall have to and including Wednesday, August 10, 2016, in which to file its reply in support of its Motion for Summary Judgment. ECF No. 29. This stipulation is submitted and based on the following:

1. That such an extension is necessary because on August 5, 2016 at 11:54 a.m., Plaintiff filed an Amended Declaration in Support of her Opposition to Defendant's Motion for Summary Judgment ECF No. 45. As such, Defendant requires additional time for review and to adequately prepare a response.

2. Additionally, such an extension is necessary because the undersigned defense counsel's

legal assistant recently passed away. As a result of the transition, defense counsel needs additional time to complete preparation of Defendant's reply in support of its Motion for Summary Judgment.

3. That this request for an extension of time is made in good faith and not for the purpose of delay.

4. That this is the first request for an extension of time for Defendant to file its reply in support of its Motion for Summary Judgment.

Dated this 5th day of August, 2016.

| A.M. SANTOS LAW, CHTD. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Anthony M. Santos<br>Anthony M. Santos<br>3275 S. Jones Blvd., Ste. 104<br>Las Vegas, Nevada 89146<br><br>*Attorney for Plaintiff*<br>*Lisa Nigrelli* | /s/ Mahna Pourshaban<br>Paul T. Trimmer<br>Mahna Pourshaban<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Victoria Partners d/b/a*<br>*Monte Carlo Resort and Casino* |

### ORDER

**IT IS SO ORDERED.**

_____
U.S. District Court Judge/

Dated: August 8, 2016